AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

|  |  |
|---|---|
| VERNICE NEWTON, | ) |
| *Plaintiff* | ) |
| v. | ) |
| PORTFOLIO RECOVERY ASSOC. LLC, | ) |
| *Defendant* | ) |

Civil Action No.  2:12-CV-698

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

❐ other:

                                                                                                                              .

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  George C. Smith _____ on a motion for Summary Judgment _____ PURSUANT TO AN ORDER DATED JANUARY 30, 2014, THE COURT GRANTS DEFENDANTS MOTION FOR SUMMARY JUDGMENT.

Date:  01/30/2014 _____

*CLERK OF COURT*

s/Lisa V. Wright _____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Eastern        DIVISION

_____VERNICE NEWTON,_____            :
             *Plaintiff*                 :
                                         :
             vs                          :     Case Number:   2:12-CV-698
                                         :
_PORTFOLIO RECOVERY ASSOC. LLC_          :
             *Defendant*                 :
                                         :

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____01/30/2014_____.

     If applicable to this case, the disposal date  will be six (6) months from the above
termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be
considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be
withdrawn by counsel without further Order within six (6) months after final termination of the
action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the
Clerk as waste at the expiration of the withdrawal period.


JOHN P. HEHMAN, CLERK



By: ____s/Lisa V. Wright____
         Deputy Clerk